**Order filed April 1, 2021.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-20-00804-CV**

_____

**JENNIFER GWYNNE CAPELO, AS ADMINSTRATOR OF THE ESTATE OF DECEDENT JUNE YVONNE RIVERA, Appellant**

**V.**

**GALE LILLIMAN D/B/A GULF COAST BAIL BONDS, Appellee**

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-0077921-A**

# O R D E R

Appellant's brief was due March 15, 2021**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **April 14, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Hassan.